Form B5 (Official Form 5) - (Rev. 12/03)  2003 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | **Involuntary Petition** |
|---|---|
| IN RE (Name of Debtor - If individual: Last, First, Middle)<br><br>William J. Beverly | ALL OTHER NAMES used by the debtor in the last 6 years (Include married, maiden, and trade names.) |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all.)   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 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>3424 Carson Street, #400<br>Torrance, CA 90505 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| County of Residence or Principal Place of Business   Los Angeles | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

Petitioners believe
☒ Debts are primarily consumer debts
☐ Debts are primarily business debts

TYPE OF DEBTOR
☒ Individual           ☐ Stockbroker
☐ Partnership          ☐ Commodity Broker
☐ Corporation          ☐ Railroad
☐ Other: _____

BRIEFLY DESCRIBE NATURE OF BUSINESS

**VENUE**

☒ Debtor has been domiciled or has had a residence, principal place of business or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this District.

**FILING FEE (Check one box)**

☒ Full filing fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless st debts are the subject of a bona fide dispute;
   or
b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trust receiver, or agent appointed or authorized to take charge of less than substantially al the property of the debtor for the purpose of enforcing a lien against such property, w appointed or took possession.

09/15/2004   **FILED**   10:44
**LA04-29840TD**
DEBTOR:
  BEVERLY, WILLIAM J
JUDGE: HON. T. Donovan - 552
TRUSTEE:    CH: 07 (INCOMPLETE)
341A MTG:
ADR:

*If a child support creditor or its representative is a petitioner, and if the petitioner files the f Act of 1994, no fee is required.*

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF. ID: 730
RECEIPT NO: LA-029310   $ 209.00

| Involuntary Petition | Name of Debtor: William J. Beverly |
|---|---|

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X /s/ Sidney Lanier, attorney<br>Signature of Petitioner or Representative (State Title)<br>Catherine Outland    9/14/04<br>Name of Petitioner    Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity: Sidney Lanier/Ayscough & Marar, 23110 Crenshaw Blvd., #A, Torrance, CA 90505 | X /s/ Sidney Lanier    9/14/04<br>Signature of Attorney    Date<br>Ayscough & Marar<br>Name of Attorney Firm (If any)<br>Address: 23110 Crenshaw Blvd., #A, Torrance, CA 90505<br>Telephone No.: (310) 534-5888 |
| X /s/ Sidney Lanier, attorney<br>Signature of Petitioner or Representative (State Title)<br>Mary Susan Outland Gleason    9/14/04<br>Name of Petitioner    Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity: Sidney Lanier/Ayscough & Marar, 23110 Crenshaw Blvd., #A, Torrance, CA 90505 | X /s/ Sidney Lanier    9/14/04<br>Signature of Attorney    Date<br>Ayscough & Marar<br>Name of Attorney Firm (If any)<br>Address: 23110 Crenshaw Blvd., #A, Torrance, CA 90505<br>Telephone No.: (310) 534-5888 |
| X /s/ Sidney Lanier, attorney<br>Signature of Petitioner or Representative (State Title)<br>Mary Susan Outland Gleason, Administrator    9/14/04<br>Name of Petitioner    Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity: Sidney Lanier/Ayscough & Marar, 23110 Crenshaw Blvd., #A, Torrance, CA 90505 | X /s/ Sidney Lanier    9/14/04<br>Signature of Attorney    Date<br>Ayscough & Marar<br>Name of Attorney Firm (If any)<br>Address: 23110 Crenshaw Blvd., #A, Torrance, CA 90505<br>Telephone No.: (310) 534-5888 |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Catherine Outland<br>c/o Aysocough & Marar<br>23110 Crenshaw Blvd., #A<br>Torrance, CA 90505 | Judgment 5/20/04 | $424,450.00 |
| Mary Susan Outland Gleason<br>c/o Aysocough & Marar<br>23110 Crenshaw Blvd., #A<br>Torrance, CA 90505 | Judgment 5/20/04 | $424,450.00 |
| Mary Susan Outland Gleason, Administrator of the Estate of Christine Lucile Outland Martell<br>c/o Aysocough & Marar<br>23110 Crenshaw Blvd., #A<br>Torrance, CA 90505 | Judgment 5/20/04 | $135,100.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims    $424,450.00 * attached

_____ Continuation Sheets attached

▲ This page is part of your document - DO NOT DISCARD ▲

# 04 1511216

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

1:21 PM   JUN 14 2004

**TITLE(S) :**
_____

▲                    |||||||||||||||||||||||||||                    ▲
L E A D   S H E E T

**FEE**                                                **D.T.T**

FEE $ 40-V
DAF $ 2/
C-20

**CODE 20**

**CODE 19**

**CODE 9**_____

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink.   **Number of AIN's Shown**

▲                    THIS FORM NOT TO BE DUPLICATED                    ▲

Please complete this information.

RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:
AYSCOUGH & MARAR
23110 Crenshaw Blvd., #A
Torrance, CA 90505

*(THIS SPACE FOR RECORDER'S USE ONLY)*

JUDGMENT ON SPECIAL VERDICT
(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

1

2

3       **CONFORMED COPY**
        OF ORIGINAL FILED
4       Los Angeles Superior Court

5       MAY 2 0 2004

6       John A. Clarke, Executive Officer/Clerk
        By_____

7

8           SUPERIOR COURT OF THE STATE OF CALIFORNIA

9           FOR THE COUNTY OF LOS ANGELES - SOUTH DISTRICT

10  OLIVER MAUPIN, an individual,           ) Case No. NC 040406
                                            )
11          Plaintiff,                      ) Assigned for all purposes to the
                                            ) Honorable Elizabeth Allen White,
12      vs.                                 ) Judge.
                                            )
13  HAMILTON PROPERTIES LTD., a             )
    California limited partnership; CATHERINE )
14  OUTLAND, an individual; MAY SUSAN       ) [~~PROPOSED~~] JUDGMENT ON
    OUTLAND GLEASON, an individual; and     ) SPECIAL VERDICT
15  CHRISTINE LUCILE OUTLAND                )
    MARTELL, an individual, and DOES 1 to 50, )
16  inclusive,                              )
                                            )
17          Defendants.                     ) [Trial Date for Outland v. Maupin et al.
                                            ) cross-complaint: April 5, 2004]
18  _____     )
                                            ) [No Trial Date set for cross-complaint
19  CATHERINE OUTLAND, CHRISTINE            ) Beverly v. Outland, et al.]
    MARTELL, and SUE GLEASON,               )
20                                          )
            Cross-Complainants,             ) [Complaint filed: September 3, 2002]
21                                          )
        vs.                                 ) [Judgment on Complaint entered:
22                                          ) November 10, 2003]
    OLIVER MAUPIN, an individual; WILLIAM   )
23  BEVERLY, an individual; BEVERLY AND     )
    HART, INC., a California Corporation;   )
24  BEVERLY LAW CORPORATION, a              )
    California Professional Corporation;    )
25  ROBERT B. SCHACHTER, an individual;     )
    HITCHCOCK, BOWMAN, SCHACHTER &          )
26  BEVERLY, a California Corporation;      )
    HENRY R. LAZO, an individual; DONALD    )
27  J. CORSARO, an individual; DOUBLE D     )
    PRODUCE, INC. PURCHASE MONEY            )
28  PENSION TRUST, a trust created in       )
    California; and ROES 1 through 50, inclusive, )

JUDGMENT ON SPECIAL VERDICT

|   |   |
|---|---|
| Cross - Defendants. | ) |

WILLIAM BEVERLY, an individual, and ) 
BEVERLY LAW CORPORATION, a )
Professional California Corporation (fka )
BEVERLY & HART INC., a California )
Corporation), )
   )
   Cross-Complainants )
   )
vs. )
   )
CATHERINE OUTLAND, an individual, )
MARY SUSAN OUTLAND GLEASON, )
individually and as administrator of the )
ESTATE OF CHRISTINE LUCILE )
OUTLAND MARTELL, DENNIS )
CLELAND, an individual, MICHAEL )
CLELAND, an individual, HAMILTON )
PROPERTIES LTD., a California Limited )
Partnership, ROBERT B. SCHACHTER, an )
individual, LARRY BOWMAN, an )
individual, HITCHCOCK, BOWMAN )
SCHACHTER & BEVERLY, a California )
Corporation, and ROES 51 through 100, )
Inclusive, )
   )
   Cross-Defendants. )

This action came on regularly for trial by jury on April 5, 2004. Cross-complainants, Catherine Outland, Mary Susan Outland Gleason and Mary Susan Outland Gleason as administrator of the estate of Christine Lucile Outland Martell, appearing by Brent Ayscough, their attorney, and cross-defendants, William Beverly and the Beverly Law Corporation, appearing by their attorney Richard Greenberg and cross-defendants, Hitchcock, Bowman & Schachter, Larry Bowman and Robert Schachter appearing by their attorney, Lee Marshall, and cross-defendant, Double D Produce Inc. Money Purchase Pension Trust appearing by its counsel, Albro Lundy; a jury of 12 persons was duly empaneled and sworn; witnesses testified; and after duly instructed by the court, the jury deliberated and thereon duly returned the following special verdicts:

JUDGMENT ON SPECIAL VERDICT

PREFACE

If you award damages in more than one cause of action for the same harm or loss, please so indicate in the space provided at the end of this verdict from.

We, the jury in the above-entitled action, find the following special verdict:

CONSTRUCTIVE FRAUD

QUESTION NO. 1.

Does the statute of limitations bar the action for constructive fraud?

Yes ___    No _X_

If you answered yes to Question No. 1, then skip to Question No. 5 (Slander of Title).

If you answered no to Question No. 1, then answer Question No. 2.

QUESTION NO. 2.

Do you find that any of the cross defendants committed constructive fraud?

Answer "yes" or "no" as to each cross defendant:

Answer: Beverly Law Corporation formerly known as Beverly and Hart, Inc. _NO_

Answer: William Beverly _YES_

Answer: Hitchcock, Bowman & Schachter _YES_

Answer: Robert Schachter _YES_

Answer: Larry Bowman _NO_

Answer: Double D Produce, Inc. Money Purchase Pension Trust _NO_

If you answered all of Question No. 2 "no," then skip to Question No. 5 (Slander of Title).

If you answered any portion of Question No. 2 "yes," then answer Question No. 3.

QUESTION NO. 3.

State the amount of damages you find, if any, for constructive fraud $34,000

Answer the next question.

QUESTION NO. 4.

Each of the cross defendants may have separate liability for all, a part or none of the total damages. State the amount, if any, for which the following is responsible.

---

JUDGMENT ON SPECIAL VERDICT    3

Answer: Beverly Law Corporation formerly known as Beverly and Hart, Inc. __0__

Answer: William Beverly __$23,800__

Answer: Hitchcock, Bowman & Schachter __$1,700__

Answer: Robert Schachter __$8,500__

Answer: Larry Bowman __0__

Answer: Double D Produce, Inc. Money Purchase Pension Trust __0__

SLANDER OF TITLE

QUESTION NO. 5.

Does the statute of limitations bar the claim for slander of title?

Yes ___    No __X__

If you answered yes to Question No. 5, then skip to Question No. 9 (Legal Malpractice).

If you answered no to Question No. 5, then answer Question No. 6.

QUESTION NO. 6.

Do you find that any of the cross defendants committed slander of title?

Answer "yes" or "no" as to each cross defendant:

Answer: Beverly Law Corporation formerly known as Beverly and Hart, Inc. __NO__

Answer: William Beverly __NO__

Answer: Hitchcock, Bowman & Schachter __NO__

Answer: Robert Schachter __NO__

Answer: Larry Bowman __NO__

Answer: Double D Produce, Inc. Money Purchase Pension Trust __NO__

If you answered all of Question No. 6 "no," then skip to Question No. 9 (Legal Malpractice).

If you answered any portion of Question No. 6 "yes," then answer Question No. 7.

QUESTION NO. 7.

State the amount of damages you find, if any for slander of title __0__

Answer the next question.

QUESTION NO. 8.

JUDGMENT ON SPECIAL VERDICT                                  4

Each of the cross defendants may have separate liability for all, a part or none of the total damages. State the amount, if any, for which the following is responsible.

Answer: Beverly Law Corporation formerly known as Beverly and Hart, Inc. __0__

Answer: William Beverly __0__

Answer: Hitchcock, Bowman & Schachter __0__

Answer: Robert Schachter __0__

Answer: Larry Bowman __0__

Answer: Double D Produce, Inc. Money Purchase Pension Trust __0__

## LEGAL MALPRACTICE REGARDING THE 1992 QUITCLAIM DEED

### QUESTION NO. 9.

Do you find that either cross defendant William Beverly and/or cross defendant Hitchcock, Bowman & Schachter committed legal malpractice by preparing and filing a quitclaim deed to the property to cross complainants as tenants in common?

Yes __X__          No ___

Answer: William Beverly __YES__

Answer: Hitchcock, Bowman & Schachter __YES__

If you answered all of Question No. 9 no, then skip to Question No. 12.

If you answered any portion of Question No. 9 yes, then answer Question No. 10.

### QUESTION NO. 10.

State the amount of damages, if any, for legal malpractice regarding the 1992 quitclaim deed.

__$321,500__

Answer the next question.

### QUESTION NO. 11.

Cross defendant William Beverly and/or cross defendant Hitchcock, Bowman & Schachter may have separate liability for all, a part, or none of the total damages. State the amount, if any, for which the following are responsible:

Answer: William Beverly __$289,350__

---

JUDGMENT ON SPECIAL VERDICT                5

Answer: Hitchcock, Bowman & Schachter $32,150

Answer the next question.

## LEGAL MALPRACTICE REGARDING THE ASSIGNMENT OF THE 1990 PROMISSORY NOTE AND DEED OF TRUST

QUESTION NO. 12.

Does the statute of limitations bar the claim for legal malpractice regarding the assignment of the 1990 promissory note and deed of trust?

Yes  X       No ____

If you answered yes to Question No. 12, then skip to Question No. 16 (Breach of Fiduciary Duty).

If you answered no to Question 12, then answer Question No. 13.

QUESTION NO. 13.

Do you find that any of the attorney and/or law firm cross defendants committed legal malpractice regarding the assignment of the 1990 promissory note and deed of trust?

Answer "yes" or "no" as to each cross defendant:

Answer: Beverly Law Corporation formerly known as Beverly and Hart, Inc. ____

Answer: William Beverly____

Answer: Hitchcock, Bowman & Schachter____

Answer: Robert Schachter____

Answer: Larry Bowman ____

If you answered all of Question No. 13 "no," then skip to Question No. 16 (Breach of Fiduciary Duty).

If you answered any portion of Question No. 13 "yes," then answer Question No. 14.

QUESTION NO. 14.

State the amount of damages you find, if any, for legal malpractice regarding the assignment of the 1990 promissory note and deed of trust _____

Answer the next question.

QUESTION NO. 15.

---
JUDGMENT ON SPECIAL VERDICT                          6

Each of the attorney and/or law firm cross defendants may have separate liability for all, a part or none of the total damages. State the amount, if any, for which the following is responsible.

Answer: Beverly Law Corporation formerly known as Beverly and Hart, Inc. ___

Answer: William Beverly ___

Answer: Hitchcock, Bowman & Schachter ___

Answer: Robert Schachter ___

Answer: Larry Bowman ___

Answer the next question.

BREACH OF FIDUCIARY DUTY

QUESTION NO. 16.

Does the statute of limitations bar the claim for breach of fiduciary duty?

Yes ___   No _X_

If you answered yes to Question No. 16, then sign and return this verdict form.

If you answered no to Question No. 16, then answer Question No. 17.

QUESTION NO. 17.

Do you find that any of the attorney and/or law firm cross defendants breached a fiduciary duty?

Answer "yes" or "no" as to each cross defendant:

Answer: Beverly Law Corporation formerly known as Beverly and Hart, Inc. _NO_

Answer: William Beverly _YES_

Answer: Hitchcock, Bowman & Schachter _YES_

Answer: Robert Schachter _NO_

Answer: Larry Bowman _NO_

If you answered all of Question No. 17 "no," then sign and return this verdict form.

If you answered any portion of Question No. 17 "yes," then answer Question No. 18.

QUESTION NO. 18.

State the amount of damages you find, if any for breach of fiduciary duty $222,600

JUDGMENT ON SPECIAL VERDICT                    7

Answer the next question.

QUESTION NO. 19.

Each of the attorney and/or law firm cross defendants may have separate liability for all, a part or none of the total damages. State the amount, if any, for which the following is responsible.

Answer: Beverly Law Corporation formerly known as Beverly and Hart, Inc. __0__

Answer: William Beverly $111,300

Answer: Hitchcock, Bowman & Schachter 111,300

Answer: Robert Schachter __0__

Answer: Larry Bowman __0__

Please indicate the causes of action and the amount, if you have awarded damages in more than one cuase of action for the same harm or loss.

__NONE__

Please sign and return this special verdict form.

DATED:   May 4, 2004

[signed]
Allan L. Carpenter, II

That by reason of those special verdicts, the parties are entitled to judgment as follows:

Cross-complainants have judgment against cross-defendant William Beverly in the amount of $424,450.00; Cross-complainants have judgment against cross-defendant, Hitchcock, Bowman & Schachter in the amount of $145,150.00; Cross-complainants have judgment against cross-defendant Robert Schachter in the amount of $8,500.00; Cross-defendants the Beverly Law Corporation, Larry Bowman, Double D. Produce Inc. Money Purchase Pension Trust have judgment against cross-complainants.

It is further ADJUDGED, ORDERED and DECREED that cross-complainants have and recover from cross-defendants William Beverly, Hitchcock, Bowman & Schachter, and Robert Schachter, their costs of suit in the amount of

JUDGMENT ON SPECIAL VERDICT                    8

1  $_____.

2  It is further ADJUDGED, ORDERED and DECREED that cross-defendants Beverly Law Corporation, Larry Bowman, Double D. Produce Inc. Money Purchase Pension Trust have and recover their costs of suit from cross-complainants in the amount of $_____.

Dated: May 20, 2004.

_____
Elizabeth Allen White,
Judge of the Superior Court

JUDGMENT ON SPECIAL VERDICT

9

(PROOF OF SERVICE)

STATE OF CALIFORNIA          }
COUNTY OF Los Angeles        } ss.

   I am employed in the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is: <u>23110 Crenshaw Blvd., Suite "A", Torrance, CA 90505-3025.</u> On <u>May 12, 2004</u>, I served the within: [PROPOSED] JUDGMENT ON SPECIAL VERDICT, on the interested parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Torrance, addressed as follows[1]:

   Please see attached Service List.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed this 12th day of May, 2004, at Torrance, California.

_____<br>Frank M. Uto

---

[1] Please take notice that the following parties and/or their attorneys were also served via facsimile transmission with a copy of the above stated document on May 10, 2004:

Lee Marshall, Esq. - Fax (310) 215-7300
Richard Greenberg, Esq. - Fax (310) 540-6609
Albro Lundy, Esq. - Fax (310) 376-7483

# SERVICE LIST

| | |
|---|---|
| **Mark B. Brueggemann, Esq.**<br>SPIERER, WOODWARD, CORBALIS & GOLDBERG<br>707 Torrance Blvd., # 200<br>Redondo Beach, CA 90277 | Attorneys for:<br>Oliver Maupin |
| **Richard Greenberg, Esq.**<br>GREENBERG, FIELDS AND WHITCOMB, LLP<br>21515 Hawthorne Blvd., Suite 450<br>Torrance, CA 90503 | Associate counsel for:<br>William Beverly; and<br>Beverly Law Corporation |
| **Lee Marshall, Esq.**<br>HAIGHT, BROWN & BONESTEEL, L.L.P.<br>6080 Center Drive, Suite 800<br>Los Angeles, CA 90045 | Attorneys for:<br>Hitchcock, Bowman & Schachter; Robert B. Schachter; and Larry Bowman |
| Curtis Muck, Esq.<br>Law offices of Curtis Muck<br>25202 Crenshaw Blvd., # 214<br>Torrance, CA 90505 | Attorneys for Double D produce, Inc., Purchase Money Pension Trust, Donald Corsaro |
| Albro L. Lundy, III, Esq.<br>Baker, Burton & Lundy<br>515 Pier Avenue<br>Hermosa Beach, CA 90254 | Co-counsel for Double D produce, Inc., Purchase Money Pension Trust, Donald Corsaro |

