```
 1  Dennis McGoldrick - #97720
    350 S. Crenshaw Blvd., Suite A207B
 2  Torrance, California 90503
    (310) 328-1001
 3  (310) 328-0332-fax

 4

 5  Attorney for Defendant
    William J. Beverly
 6

 7
```





8               UNITED STATES BANKRUPTCY COURT

9                CENTRAL DISTRICT OF CALIFORNIA

```
10  In re:                          ) Case No. LA 04-29840-TD
    BEVERLY, WILLIAM J.,            )
11                                  ) Chapter 7
                  Debtor,           )
12                                  ) Adv. No. AD05-01649-TD
    ─────────────────────────────── )
13  EDWARD WOLKOWITZ, Chapter 7     )
    Trustee,                        ) [PROPOSED] JUDGMENT IN FAVOR
14                                  ) OF DEFENDANT WILLIAM
                  Plaintiff,        ) BEVERLY
15                                  )
         v.                         )
16                                  ) Hearing on Motion for
    STEPHANIE BEVERLY AND WILLIAM   ) Summary Judgment:
17  BEVERLY,                        ) Date: November 22, 2006
                                    ) Time: 10:30 p.m.
18                Defendants.       ) Ctrm: 1345, 13th Floor
                                    )
19                                  )
                                    )
20  ─────────────────────────────── )

21       The above-captioned Motion for Summary Judgment was set for

22  hearing at the above-captioned time and place.  The Court posted

23  its tentative ruling on November 21, 2006 ruling that the Court's

24  findings announced on June 29, 2006 were included and adopted as

25  findings for this Motion for Summary Judgment. Accordingly, it is

26  hereby,

27       ORDERED, ADJUDGED AND DECREED that Plaintiff shall take

28  nothing for his complaint against William Beverly, that judgment
```

JUDGMENT

be entered in favor of William J. Beverly.

Dated: 12/5/06

*signature*
THOMAS DONOVAN
BANKRUPTCY JUDGE

Presented by:

*signature*
Dennis McGoldrick
Attorney for William Beverly

JUDGMENT

- 2 -

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to this action. My business address is 350 S. Crenshaw Blvd., Suite A207B, Torrance, California. On the date shown below, at the direction of a member of the bar of this court, I served a copy of the within;   **[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT WILLIAM BEVERLY**

upon:

Douglas Kappler, Esq.
Edward Wolkowitz, Esq.
Robinson Diamant & Wolkowitz
1888 Century Park East, Suite 1500
Los Angeles, CA 90067

Sidney Lanier, Esq.
23110 Crenshaw Blvd., Ste. A
Torrance, CA 90505

Josh D. Wayser, Esq.
Lord, Bissell and Brook LLP
300 S. Grand Avenue, Eighth Fl.
Los Angeles, CA 90071-3119

Office of the United States Trustee
727 S. Figueroa St., 26th Fl.
Los Angeles, CA 90017

by placing true and correct copies thereof in envelopes addressed as shown, sealing and causing them to be deposited with postage prepaid fully thereon in a United States Post Office Box at Torrance, California.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Torrance, California on December 1, 2006.

_____
Declarant

D:\7\posatty                    PROOF OF SERVICE

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re WILLIAM J. BEVERLY | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER AD05-01649 TD |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*: PROPOSED JUDGMENT IN FAVOR OF DEFENDANT WILLIAM BEVERLY

   was entered on *(specify date)*: 12/5/06

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*: 12/5/06

Dated: 12/5/06

JON D. CERETTO
**Clerk of the Bankruptcy Court**

By: _____
Deputy Clerk

SERVICE LIST FOR NOTICE OF ENTRY OF JUDGMENT
WILLIAM BEVERLY
AD05-01649 TD

ATTORNEY FOR DEFENDANT
Dennis McGoldrick, Esq.
350 S. Crenshaw Blvd., Ste. A207B
Torrance, CA 90503

ATTORNEY FOR CHAPTER 7 TRUSTEE AND TRUSTEE
Douglas Kappler, Esq.
Edward Wolkowitz, Esq.
Robinson Diamant & Wolkowitz
1888 Century Park East, Suite 1500
Los Angeles, CA 90067

ATTORNEY FOR PLAINTIFFS
Sidney Lanier, Esq.
23110 Crenshaw Blvd., Ste. A
Torrance, CA 90505

ATTORNEY FOR DEFENDANT
Josh D. Wayser, Esq.
Lord, Bissell and Brook LLP
300 S. Grand Avenue, Eighth Fl.
Los Angeles, CA 90071-3119

Office of the United States Trustee
727 S. Figueroa St., 26th Fl.
Los Angeles, CA 90017