```
 1  Sidney Lanier, Esq., #119948
    AYSCOUGH & MARAR
 2  23110 Crenshaw Blvd., Suite A
    Torrance, CA 90505
 3  310-534-5888;  st_denys@hotmail.com

 4  Attorney for Plaintiff
```

FILED & ENTERED

FEB 18 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) |
| | ) Case No.: 2:04-bk-29840-TD |
| William J. Beverly, | ) |
| | ) Adv.Case No.: 2:05-ap-01649-TD |
| Debtor | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) **JUDGMENT** |
| Edward M. Wolkowitz, Chapter 7 | ) |
| | ) |
| Trustee, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Stephanie Beverly, William J. | ) |
| | ) |
| Beverly, | ) |
| | ) |
| Defendants | ) |
| | ) |

JUDGMENT - 1

This action came on for hearing on plaintiff's motion for summary judgment before the court, the Honorable Thomas B. Donovan, U.S. Bankruptcy Judge, presiding. Judgment is hereby ordered pursuant to the mandate of the United States Court of Appeals [*In re Beverly*, 551 F.3d 1092 [9th Cir. 2008]] and as delineated in the court's Memorandum Decision filed January 29, 2010 as follows:

1. The transfer of $ 1,051,577.00 in nonexempt property effective April 9, 2004 is **AVOIDED**;
2. Judgment is ordered in favor of the plaintiff Edward M. Wolkowitz, Chapter 7 Trustee, against defendants Stephanie Beverly and William J. Beverly, jointly and severally, in the amount of $ 1,029,907.90 after the addition of prejudgment simple interest at 7% from April 9, 2004 to February 1, 2010 and after subtraction of $444,077.55 paid by Stephanie Beverly February 12, 2009.
3. Additional prejudgment interest accrues at $184.93 per day after February 1, 2010 until the date this judgment is entered;

    4. Plaintiff Edward M. Wolkowitz, Chapter 7 Trustee shall recover from defendants Stephanie Beverly and William J. Beverly, jointly and severally, costs of suit in the amount of $_____.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

###

DATED: February 18, 2010

_____
United States Bankruptcy Judge

JUDGMENT - 3

JUDGMENT - 4

| | |
|---|---|
| In re: William J. Beverly | CHAPTER: 7 |
| | Adv No. 2:05-ap-01649TD |
| Debtor(s). | CASE NUMBER: 2:04-bk-29840TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 23110 Crenshaw Blvd., Suite A, Torrance, CA 90505

A true and correct copy of the foregoing document described  Judgment

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/1/2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Dennis E. McGoldrick on behalf of Defendant William Beverly

dmcgoldricklaw@yahoo.com

| In re: William J. Beverly | CHAPTER: 7 |
|---|---|
| | Adv No. 2:05-ap-01649TD |
| Debtor(s). | CASE NUMBER: 2:04-bk-29840TD |

Joshua D. Wayser on behalf of Stephanie Beverly

joshua.wayser@kattenlaw.com

David M. Reeder on behalf of defendant Stephanie Beverly

david@reederlaw.com

☐ Service information

continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity

served)**:**

On January 5, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of

California.

*January 2009*                                                                                                             **F 9013-**

| In re: William J. Beverly | CHAPTER: 7 |
|---|---|
| | Adv No. 2:05-ap-01649TD |
| Debtor(s). | CASE NUMBER: 2:04-bk-29840TD |

service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Defendant Stephanie Beverly

13430 Isis Ave.

Hawthorne, CA 90250

Plaintiff Edward M. Wolkowitz

10250 Constellation Blvd., Suite 1700

Los Angeles, CA 90067-6200

☐ Service information

continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                **F 9013-**

| In re: William J. Beverly | | CHAPTER: 7 |
|---|---|---|
| | | Adv No. 2:05-ap-01649TD |
| | Debtor(s). | CASE NUMBER: 2:04-bk-29840TD |

that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information

continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

February 1, 2010  Joyce Ushijima

*Date*            *Type Name*                    *Signature*

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                               **F 9013-**

| In re: William J. Beverly | CHAPTER: 7 |
|---|---|
| | Adv No. 2:05-ap-01649TD |
| Debtor(s). | CASE NUMBER: 2:04-bk-29840TD |

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)     Judgment

the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of                                   , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re: William J. Beverly | | CHAPTER: 7 |
|---|---|---|
| | | Adv No. 2:05-ap-01649TD |
| | Debtor(s). | CASE NUMBER: 2:04-bk-29840TD |

Sidney Lanier on behalf of Plaintiff Edward Wolkowitz : st_denys@ hotmail.com

Dennis E. McGoldrick on behalf of Defendant William Beverly: dmcgoldricklaw@yahoo.com

David M. Reeder on behalf of defendant Stephanie Beverly: david@reederlaw.com

Joshua D. Wayser on behalf of defendant Stephanie Beverly: joshua.wayser@kattenlaw.com

Edward Wolkowitz, Chapter 7 Trustee: aolvera@rdwlawcorp.com; emw@lnbrb.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Brent Ayscough

23110 Crenshaw Blvd. #A

Torrance, CA 90505

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9021-1.1**

| In re: William J. Beverly | CHAPTER: 7 |
|---|---|
|  | Adv No. 2:05-ap-01649TD |
| Debtor(s). | CASE NUMBER: 2:04-bk-29840TD |

Edward Wolkowitz

Levene, Neale, Bender, Rankin & Brill, L.L.P.

10250 Constellation Blvd., Suite 1700

Los Angeles, CA 90067-6200


Stephanie Beverly

13430 Isis Avenue

Hawthorne, CA 90250


☐ Service information continued on attached page


**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which

bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**

| In re: William J. Beverly | | CHAPTER: 7 |
|---|---|---|
| | | Adv No. 2:05-ap-01649TD |
| | Debtor(s). | CASE NUMBER: 2:04-bk-29840TD |

by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                                       **F**

**9021-1.1**